**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

|  |  |  |
|---|---|---|
| ANDREW C. CURTIN, *Individually and as Personal Representative of the Estate of Cynthia Cartwright*,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and PECOS RIVER TALC, LLC,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:24-cv-00427-LEW |

**DEFENDANTS JOHNSON & JOHNSON AND PECOS RIVER TALC LLC'S
MOTION TO STRIKE BELATED AND IMPROPERLY DISCLOSED DISCOVERY**

Pursuant to Rules 16, 26, and 37 of the Federal Rules of Civil Procedure, Defendants Johnson & Johnson and Pecos River Talc, LLC hereby move this Court for an Order (1) striking the Affidavits of Lori J. Maxey, Sean Fitzgerald, and John J. Godleski filed in support of Plaintiff's oppositions to Defendants' Rule 702 motions (collectively, the "Affidavits," docketed at ECF Nos. 106-17, 106-20, and 105-2, respectively); (2) precluding Plaintiff from relying on or offering testimony about the Affidavits or about Mr. Fitzgerald's January 22, 2026 production for any purpose, including in support of Plaintiff's oppositions to Defendants' Rule 702 motions, during trial, or for any other purpose; and (3) directing Plaintiff or his counsel to pay Defendants' attorneys' fees expended on this motion. In support of this motion, Defendants rely on their accompanying memorandum of law and exhibits thereto.

Dated: February 17, 2026

Respectfully submitted,

Defendants,
*Johnson & Johnson and Pecos River Talc LLC,*

By their attorneys,

*/s/ Lindsey E. Vasaturo*

Jonathan F. Tabasky, Esq., Bar No. 04487
Lindsey Vasaturo, Esq., Bar. No. 010844
Daniel P. McCarthy, Esq., (*pro hac vice*)
MANNING GROSS + MASSENBURG LLP
125 High Street
Oliver Street Tower, 6th Floor
Boston, MA 02110
Tel: (617) 670-8800
jtabasky@mgmlaw.com
lvasaturo@mgmlaw.com
dmccarthy@mgmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, I electronically filled Defendants Johnson & Johnson and Pecos River Talc LLC's Motion to Strike Belated and Improperly Disclosed Discovery with the Clerk of the Court using the CM/ECF system, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and by electronic mail to those indicated as non-registered participants on February 17, 2026.

/s/ Lindsey E. Vasaturo
Lindsey E. Vasaturo